# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DOROTHY M. GORDON, | Case No. SACV 10-00359-VAP (MLG) |
| Petitioner, | ORDER TO SHOW CAUSE WHY IN FORMA PAUPERIS STATUS SHOULD NOT BE REVOKED AND WHY ACTION SHOULD NOT BE DISMISSED |
| v. | |
| JOHN S. WILLIAMS, et al.,, | |
| Respondent. | |

On March 24, 2010, Robert W.G. Grosz, the son and claimed "attorney in fact" for Dorothy M. Gordon, filed a complaint and a request to proceed without prepayment of filing fees in this Court. The Court granted leave to file the action without prepayment of a filing fee, under the assumption that Mr. Grosz was an attorney representing Dorothy Gordon. On further review, it appears that Robert Grosz is not acting as counsel, but is appearing pro per, pursuant to a uniform statutory power of attorney, signed by his mother on September 18, 2006. It further appears from the complaint that a temporary conservator, Defendant John S. Williams, has been appointed for Mrs. Gordon by the Orange County Superior Court, and that litigation is pending before that Court regarding Grosz's attempts to act as a conservator.

Based upon this analysis of the proceedings, it appears that the real party in interest, and the appropriate Plaintiff in this action, is Robert W.G. Grosz, not Dorothy M. Gordon. Grosz has not

filed a request to proceed in forma pauperis. It appearing that the order granting leave to proceed without prepayment of filing fee was improvidently granted, it is ORDERED that Robert W.G. Grosz show cause in writing, on or before April 12, 2010, why in forma pauperis status should not be revoked.

As noted, it appears that litigation concerning this very matter is currently pending in the state courts and has been resolved against Mr. Grosz. It further appears that there exists no federal subject matter jurisdiction over this matter.[1] It is therefore ordered that Robert W.G. Grosz show cause in writing, on or before April 12, 2010, why this action should not be summarily dismissed. *See Fontana Empire Center, LLC v. City of Fontana*, 307 F.3d 987, 992 (9th Cir. 2002); *Dist. of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 476 (1983); *Rooker v. Fid. Trust Co.*, 263 U.S. 413, 415 (1923).

Dated:  March 25, 2010

_____
Marc L. Goldman
United States Magistrate Judge

---

[1] While Grosz claims that he seeks to vindicate his mother's constitutional right to life, this Court is unaware of any case which would allow federal intervention into a state-court appointed conservator's decisions based upon any provision of the United States Constitution.