FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 17 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DOROTHY M. GORDON,                )<br>                                   )<br>     Plaintiff,                   )<br>                                   )<br>     v.                            )<br>                                   )<br>JOHN S. WILLIAMS, et al.,          )<br>                                   )<br>     Defendants.                   )<br>_____) | Case No. SACV 10-0359-VAP (MLG)<br><br>ORDER ACCEPTING AND ADOPTING<br>FINDINGS AND RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered dismissing the complaint with prejudice.

Dated:  June 16, 2010

Virginia A. Phillips
United States District Judge