JS-6 / **ENTER**



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DOROTHY M. GORDON, | Case No. SACV 10-0359-VAP (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| JOHN S. WILLIAMS, et al., | |
| Defendants. | |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: __June 16, 2010_____

_____
Virginia A. Phillips
United States District Judge

